UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:21-cv-00669-CCE-LPA

IHFC PROPERTIES SPE, LLC
    *Plaintiff*

v.

ELITE MFG. CORP.,
d/b/a ELITE MODERN
    *Defendant*

**ORDER**

THIS CAUSE coming on for consideration by the undersigned Clerk of Court on the Motion of the Defendant in the above-captioned matter for an Order enlarging time in which to answer or otherwise respond to Plaintiff's Complaint, and it appearing that good cause has been shown and the time for serving such response has not yet expired and therefore the Motion should be granted;

IT IS THEREFORE ORDERED that the time to respond to Plaintiff's Complaint is hereby extended through and including **October 14, 2021**.

Dated: October ___, 2021

_____